UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM KEATS,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO.,<br><br>    Defendant. | Case No. 18-cv-02050-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 4, 2019 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | July 31, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | December 1, 2018 |
| CLASS-RELATED DISCOVERY CUTOFF: | May 1, 2019 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Plaintiff affirmative expert disclosures (class) Opening: May 15, 2019<br><br>Defendant's expert disclosures(class)August 1, 2019<br><br>Plaintiff Rebuttal expert disclosures (class): September 30, 2019 |
| EXPERT DISCOVERY CUTOFF: | August 1, 2019 |
| CLASS CERTIFICATION BRIEFING | Motion filed May 14, 2019; Opposition filed August 1,2019; Reply filed September 30, 2019 |
| CLASS CERTIFICATION MOTION AND ANY *DAUBERT* CHALLENGE TO CLASS CERTIFICATION EXPERTS TO BE HEARD ON: | October 22, 2019 |
| Non-expert discovery cutoff (merits) | 150 days after ruling on class certification |
| Disclosure of expert reports (merits) | 180 days after ruling on class certification |

| Rebuttal expert reports (merits) | 30 days after disclosure of expert reports (simultaneous cutoff) |
|---|---|
| Expert discovery cutoff (merits) | 45 days after merits expert disclosures |
| Dispositive motions / *Daubert* motions re Merits experts | 30 days after merits expert discovery cutoff |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 11, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge