Eric Somers (SBN CA 139050)
Ryan Berghoff (SBN CA 308812)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Tel.: 415.913.7800; Fax: 415.759.4112
esomers@lexlawgroup.com
rberghoff@lexlawgroup.com
Attorneys for Plaintiff
Adam Keats

Robert J. Herrington (SBN CA 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel.: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com

Attorneys for Defendant
Benjamin Moore & Co.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM KEATS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN MOORE & CO.; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 4:18-cv-2050 <br><br> ORDER GRANTING <br> **STIPULATION ~~AND NOTICE~~ OF DISMISSAL** <br><br> Action Filed: February 20, 2018 <br> Action Removed: April 4, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Adam Keats and defendant Benjamin Moore & Co. hereby stipulate to dismissal of this action in its entirety with prejudice.

DATED: October 24, 2018        LEXINGTON LAW GROUP

By    */s/ Eric Somers*
Eric Somers
Ryan Berghoff
Attorneys for Plaintiff Adam Keats

DATED: October 24, 2018        GREENBERG TAURIG, LLP

By    */s/ Robert J. Herrington*
Robert J. Herrington
Attorneys for Defendant Benjamin Moore & Co.

### **ATTESTATION**

I, Eric Somers, am the CM/ECF user whose ID and password are being used to file this Stipulation and Notice of Dismissal. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Robert Harrington, on whose behalf this filing is jointly submitted, has concurred in this filing.

*/s/ Eric Somers*
Eric Somers

ORDER

IT IS SO ORDERED.
DATED: October 30, 2018_____    _____
                                                             YVONNE GONZALEZ ROGERS
                                                             UNITED STATES DISTRICT JUDGE